AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Puerto Rico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. |
| ERICK REYES | ) | 20- 1096(M) |
|  | ) | |
|  | ) | |
|  | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 6-10, 2020** in the county of **San Juan** in the **Judicial** District of **Puerto Rico**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18, U.S.C., Sec. 2422(b) | Using a means and facility of interstate commerce to to coerce and entice a minor to engage in sexual activity for which he could be charged with a criminal offense. |
| 18, U.S.C., Sec. 2251(a) | Knowingly employed, used, persuaded, induced, enticed and coerced a minor to engage in sexually explicit for the purpose of producing any visual depiction of such conduct |
| 18, U.S.C., Sec. 1591(a) | Knowingly recruited, enticed, harbored, transported, provided, obtained, maintained or solicited a minor a to engage in a commercial sex act |

This criminal complaint is based on these facts:

See attached Affidavit.

☒ Continued on the attached sheet.

Reviewed by: AUSA Jenifer Hernandez Vega

_____
*Complainant's signature*

HSI SPECIAL AGENT ELIZABETH DE JESUS
*Printed name and title*

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at **5:05PM** on

Date: **October 29, 2020**

_____
*Judge's signature*

City and state: **San Juan, Puerto Rico**

US MAGISTRATE JUDGE MARSHAL D. MORGAN
*Printed name and title*